# Exhibit A: USCIS Receipt Evidencing February 19, 2021 Receipt of Plaintiff's Application to Adjust Status

| Department of Homeland Security | Form I-797C, Notice of Action |
| U.S. Citizenship and Immigration Services | |

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 22, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A219826580 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190945505 | February 19, 2021 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| February 19, 2021 | Immediate Relative of U.S. citizen | August 23, 1991 |

DAVID J. WALSH
725 BUENA VISTA AVE W APT 1
SAN FRANCISCO, CA  94117

21  00007578

**PAYMENT INFORMATION:**

Application/Petition Fee: $1,140.00
Biometrics Fee: $85.00
Total Amount Received: $1,225.00
Total Balance Due: $0.00

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  04/01/19

**Exhibit B:     USCIS Receipt Evidencing February 19, 2021 Receipt of Plaintiff's Concurrently Filed Application for Employment Authorization**

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 22, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-765, Application for Employment Authorization | A219826580 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190945508 | February 19, 2021 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | August 23, 1991 |

DAVID J. WALSH
725 BUENA VISTA AVE W APT 1
SAN FRANCISCO, CA 94117

21   00007579

**PAYMENT INFORMATION:**

Application/Petition Fee:   $0.00
Total Amount Received:   $0.00
Total Balance Due:   $0.00

**NAME AND MAILING ADDRESS**

Eligibility Category: C09

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, this Notice of Action automatically extends the validity of your Employment Authorization Document (EAD) for up to 180 days from the expiration date printed on the front of the card and can be used for employment eligibility verification (Form I-9) purposes if:
- You have timely filed to renew your current Form I-766, Employment Authorization Document (EAD);
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see uscis.gov/i-765 for a list of categories);
- The category on your current EAD matches the "Class Requested" listed on this notice (if you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 category, but they do not need to match each other); **and**
- You do not receive your renewal EAD before your current EAD expires.

If we deny your renewal application, the automatic extension immediately ends and cannot be used for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole.

If we have approved or are still processing your underlying Form I-140 and your Form I-485 has been pending for at least 180 days, you may request to change employers under INA 204(j). For more information on this process, please visit uscis.gov/i-485supj.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**
(800)375-5283




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 04/01/19

**Exhibit C:     USCIS Receipt Evidencing February 19, 2021 Receipt of Plaintiff's Concurrently Filed Application for Travel Document**

| Department of Homeland Security | Form I-797C, Notice of Action |
| U.S. Citizenship and Immigration Services | |

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 22, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-131, Application for Travel Document | A219826580 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190945507 | February 19, 2021 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | August 23, 1991 |

DAVID J. WALSH
725 BUENA VISTA AVE W APT 1
SAN FRANCISCO, CA 94117

21   00007581

**PAYMENT INFORMATION:**

Application/Petition Fee:   $0.00
Total Amount Received:      $0.00
Total Balance Due:          $0.00

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**
(800)375-5283




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  04/01/19

**Exhibit D:     USCIS Receipt of United States Citizen's Petition for Alien Relative, to Benefit Plaintiff.**

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 22, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190945506 | February 19, 2021 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| February 19, 2021 | 201 B INA SPOUSE OF USC | September 18, 1989 |

WILLIAM D. PARRETT
725 BUENA VISTA WEST APT 1
SAN FRANCISCO, CA 94117

21   00007580

**PAYMENT INFORMATION:**

Application/Petition Fee: $535.00
Total Amount Received: $535.00
Total Balance Due: $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| WALSH, DAVID | 8/23/1991 | UNITED KINGDOM | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
APPLICANT COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  04/01/19